# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL BELL, : No. 79 WM 2014
:
                Petitioner :
:
:
:
           v. :
:
:
:
NANCY A. GIROUX, :
SUPERINTENDENT, SCI ALBION AND :
DISTRICT ATTORNEY'S OFFICE OF :
ERIE COUNTY, PENNSYLVANIA, :
:
             Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of November, 2014, the Petition for Extraordinary Relief is **DENIED**.